THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL GREEN, | CASE NO. C16-1861-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SWEDISH HEALTH SERVICES, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the mediation deadline (Dkt. No. 11). Having found good cause, the Court GRANTS the motion. The mediation deadline is EXTENDED to Tuesday, August 1, 2017. This extension does not affect any of the other case management deadlines set by this Court.

DATED this 7th day of June 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk

MINUTE ORDER C16-1861-JCC
PAGE - 1